■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSVALDO MARINE, Appellant. [668 NYS2d 483] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered July 8, 1996, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that his prior conviction in New Jersey for possession of a controlled dangerous substance with intent to distribute in the second degree (*see,* NJ Stat Annot § 2C:35-5 [a] [1]; [b] [2]) could not serve as a predicate felony in New York (*see, People v Olivo,* 212 AD2d 642; *People v Martinez,* 196 AD2d 849). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTUARDO NOBOA, Appellant. [668 NYS2d 483] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered January 7, 1997, convicting him of sodomy in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.